UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00496-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SERGIO ABREGO-MIRANDA,
     *a/k/a* Sergio Jesus Abrego,
     *a/k/a* Sergio De Jesus Abrego-Miranda,
     *a/k/a* Sergio Abrego,
     *a/k/a* Sergio D. Abrego-Lopez,
     *a/k/a* Jesus Nava, and
     *a/k/a* Sergio Jesus Nava

      Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition on March 2, 2006 by Defendant Sergio Abrego-Miranda. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. **A Change of Plea hearing is set for April 3, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for March 10, 2006 and the March 13, 2006 trial date are **VACATED**.

Dated this 3rd day of March, 2006.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge