UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00496-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SERGIO ABREGO-MIRANDA,
     *a/k/a* Sergio Jesus Abrego,
     *a/k/a* Sergio De Jesus Abrego-Miranda,
     *a/k/a* Sergio Abrego,
     *a/k/a* Sergio D. Abrego-Lopez,
     *a/k/a* Jesus Nava, and
     *a/k/a* Sergio Jesus Nava

        Defendant.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#21)** on April 13, 2006 by Defendant Sergio Abrego-Mirando. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.    A Change of Plea hearing is set for **May 15, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.      The May 15, 2006 trial date is **VACATED**.

Dated this 18th day of April, 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge